FREDERICK J. STEVENS & another *vs.* JOHN N. ROBERTS.

Middlesex.    January 9. — 12, 1877.    COLT & AMES, JJ., absent.

An execution, dated October 21, 1873, which recites that judgment was recovered at the term of the Superior Court, held " on the first Monday of September last, to wit, on the fourteenth day of October, 187 ," clearly shows on its face, that the judgment was recovered on October 14, 1873.

The including of illegal fees does not avoid a levy.

WRIT OF ENTRY to recover possession of a parcel of land in Townsend. Plea, *nul disseisin.* Trial in the Superior Court, before *Colburn,* J., without a jury, who allowed a bill of exceptions, in substance as follows:

Both parties claimed under George Taft. The demandants claimed under a warranty deed from Taft, dated September 10, 1872, and recorded March 17, 1873; but it appeared that Taft continued in the occupation of the demanded premises as the apparent owner until after January 30, 1873.

The tenant put in evidence an attachment of the premises, made on January 30, 1873, in due form, in an action by him against Taft, the entry of the writ in court, and judgment in his favor, and claimed title under an execution and a levy thereunder, by virtue of said attachment. The levy was made on November 12, 1873. The execution was dated October 21, 1873, and recited that the tenant recovered judgment at the term of the Superior Court, held " on the first Monday of September last, to wit, on the fourteenth day of October, A. D. 187 ." The fees and expenses of the levy, as taxed by the officer who made it, and which were included in the amount for which it was made, were $52; of which the sum of $2.00 for recording was twice charged. There was evidence that the officer had only paid this sum once.

The demandants requested the judge to rule that the levy did not appear to have been made within thirty days after judgment, but that it did appear not to have been so made ; and that the levy had been made for too large a sum and was therefore void.

The judge refused so to rule, and ordered judgment for the tenant ; and the demandants alleged exceptions.

*B. E. Perry*, for the demandants.

*F. A. Worcester*, for the tenant.

GRAY, C. J. The execution, bearing date of October 21, 1873, and reciting that the judgment was recovered at the term of the Superior Court, held " on the first Monday of September last, to wit, on the fourteenth day of October," clearly shows upon its face, notwithstanding the imperfect attempt to repeat the year, that the judgment was recovered on October 14, 1873. The including of illegal fees does not avoid a levy. *Holmes* v. *Hall*, 4 Met. 419. *Exceptions overruled.*